No. 567.   HELEN POTTS HALL, APPELLANT, *v.* THE FIRST NATIONAL BANK OF BRIDGEPORT ET AL.   Appeal from the Circuit Court of the United States for the District of Connecticut.   April 4, 1904.   Dismissed, per stipulation.   *Mr. Daniel Davenport* for appellant.   *Mr. George P. Carroll* for appellees.